UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | No. 3:09-00090 |
| | ) | JUDGE CAMPBELL |
| TELLIS T. WILLIAMS | ) | |

ORDER

Pending before the Court is the United States' Motion To Supplement The Record For Purposes Of Appeal (Docket No. 133). Through the Motion, the Government requests that certain exhibits admitted during evidentiary hearings held in the Defendant's collateral proceeding, Case No. 3:10-cv-1176, be made a part of the record in this case for purposes of appeal. The Motion is GRANTED.

It is so ORDERED.

TODD J. CAMPBELL
UNITED STATES DISTRICT JUDGE